| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| My Pillow, Inc.<br>        Plaintiff,<br><br>v.<br><br>US Dominion, Inc, et al.<br>        Defendant, | Court File Number<br>0:21-cv-01015<br><br>AFFIDAVIT OF SERVICE |

State of Colorado } SS
County of Denver }

I, _Layla Aspinall_ , state that on
   (Name of Server)

_April / 21_ /2021 at _1:52_ P M, I served the:
(Date of Service)     (Time of Service)

  Summons, Complaint, Civil Cover Sheet and Exhibits

upon: Dominion Voting Systems, Inc.

therein named, personally at:   Cogency Global, Inc.
                                       7700 E. Arapahoe Road
                                       Suite 220
                                       Centennial, CO 80112

by handing to and leaving with:

_Allie Hansen - Legal Researcher_ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Cogency Global, Inc., the Registered Agent for Dominion Voting Systems, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _4_ / _21_ /2021                _X Aspinall_
                                                                                   (Signature of Server)

                                                                                   _Layla Aspinall_
                                                                             (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # PARRO 252014 5171

Re: My Pillow/US Dominion

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-