| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| My Pillow, Inc.<br>    Plaintiff,<br><br>v.<br><br>US Dominion, Inc, et al.<br>    Defendant, | Court File Number<br>0:21-cv-01015<br><br>AFFIDAVIT OF SERVICE |

State of Colorado } SS
County of Denver }

I, **Layla Aspinall** (Name of Server), state that on **April / 21 /2021** at **2:15 P** M, I served the:

Summons, Complaint, Civil Cover Sheet and Exhibits

upon: US Dominion, Inc

therein named, personally at:   Corporation Service Company
                                1900 W. Littleton Blvd.
                                Littleton, CO 80120

by handing to and leaving with:

**Cole Stender** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for US Dominion, Inc, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **4 / 21 /2021**          ___Aspinall___
                                  (Signature of Server)

                                 ___Layla Aspinall___
                                  (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # PARRO 252013 5170

Re: My Pillow/US Dominion



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-