| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

My Pillow, Inc.
        Plaintiff,

v.

US Dominion, Inc, et al.
        Defendant,

Court File Number
0:21-cv-01015

**AFFIDAVIT OF SERVICE**

Canada Ontario    ⎫
Province of Ontario ⎬ SS
                 ⎭

I, __Qi Jiang_____, state that on
   (Name of Server)

__April__ / __28__ /2021 at __13__ : __33__ __P__ M, I served the:
(Date of Service)     (Time of Service)

Summons, Complaint, Civil Cover Sheet and Exhibits

upon: Dominion Voting Systems Corporation

therein named, personally at:   220 High Park Ave
                                    Toronto, ON M6P2S6

by handing to and leaving with:

[  ]  the Registered Agent of Dominion Voting Systems Corporation
[  ]  an Officer of Dominion Voting Systems Corporation
[ X ]  a Managing Agent, someone within Dominion Voting Systems Corporation whose management capacity is such that (s)he exercises independent judgment and discretion

__COLLEEN POULOS_____    __PERSON IN CHARGE_____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                Dated: __April__ / __30__ /2021      _____
                                                                         (Signature of Server)

                                                                       QI JIANG
                                                                       (Printed Name of Server)

1052570/mqp

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # PARRO 252015 5172

Re: My Pillow/US Dominion



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com