## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, | Case No. 21-cv-01015-PJS-DTS |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that the following attorneys shall appear as counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in this matter:

- John W. Ursu
- Deborah A. Ellingboe
- Jeffrey P. Justman
- Erica Abshez Moran

*(Signature on following page)*

| | |
|---|---|
| Dated: May 5, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | s/John W. Ursu |
| | John W. Ursu (#032257) |
| | Deborah A. Ellingboe (#026216) |
| | Jeffrey P. Justman (#0390413) |
| | Erica Abshez Moran (#0400606) |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | john.ursu@faegredrinker.com |
| | debbie.ellingboe@faegredrinker.com |
| | jeff.justman@faegredrinker.com |
| | erica.moran@faegredrinker.com |
| | |
| | *Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation* |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Justin A. Nelson | Thomas A. Clare, P.C |
| **SUSMAN GODFREY LLP** | Megan L. Meier |
| 1000 Louisiana Street, #5100 | **CLARE LOCKE LLP** |
| Houston, Texas 77002 | 10 Prince Street |
| (713) 651-9366 | Alexandria, VA 22314 |
| jnelson@susmangodfrey.com | (202) 628-7400 |
| | tom@clarelocke.com |
| Stephen Shackelford, Jr. | megan@clarelock.com |
| **SUSMAN GODFREY LLP** | |
| 1301 6th Avenue | |
| New York, NY 10019 | |
| (212) 336-8330 | |
| sshackelford@susmangodfrey.com | |
| | |
| Davida Brook | |
| **SUSMAN GODFREY LLP** | |
| 1900 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | *Attorneys for Defendants US Dominion,* |
| (310) 789-3100 | *Inc., Dominion Voting Systems, Inc., and* |
| dbrook@susmangodfrey.com | *Dominion Voting Systems Corporation* |