## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Defendants. | Case No. 21-cv-01015-PJS-DTS |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint With Demand For Jury Trial ("Motion"). Plaintiff consents to an extension of time within which to answer or otherwise respond to the Complaint, up to and including June 21, 2021.

It appears to the Court that the time allowed for answering or otherwise responding to the Complaint has not expired, that good cause has been shown, and that the Motion should be allowed.

It is therefore, ORDERED that the Motion is GRANTED and that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including June 21, 2021.

This the ___ day of May, 2021.

_____
The Honorable David T. Schultz
United States Magistrate Judge