# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 21-cv-01015-PJS-DTS

**Case Title:** My Pillow, Inc., DBA MyPillow v. US Dominion, Inc., et al.

### Affidavit of Movant

I, <u>John Ursu</u>, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice <u>Laranda M. Walker</u>, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify ***ONE*** specific district to which the attorney is admitted) <u>Southern District of Texas</u>, but not admitted to the bar of this court, who will be counsel for the ___plaintiff  _X_ defendant <u>US Dominion, Inc. Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation</u>  in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

<u>Check one of the following</u>:

__X__ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

____ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _[signature]_____  Date: _6/4/21_____

MN Attorney License #: <u>032257</u>

8132972v1/017207

## **Affidavit of Proposed Admittee**

I, Laranda M. Walker, am currently a member in good standing of the U.S. District Court for the Southern District of Texas, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: *[signature]*          Date: May 6, 2021

Typed Name:        Laranda M. Walker

Attorney License Number:    24089943 issued by the State of Texas

Federal Bar Number (if you have one):        3074007

Law Firm Name:        Susman Godfrey L.L.P.

Law Firm Address:        1000 Louisiana Street, Suite 5100

                                    Houston, Texas 77002

Main phone: (713) 651-9366        Direct line: (713) 653-7842

E-mail address: lwalker@susmangodfrey.com

8132972v1/017207