## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, | Case No. 21-cv-01015-PJS-DTS |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

## DEFENDANTS' MOTION FOR EXPEDITED HEARING

Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants"), through their respective counsel, move this Court for an expedited hearing on their Motion to Stay or, in the Alternative, Extend the Response Deadline ("Motion to Stay"), which has been served and filed concurrently with this Motion. Defendants respectfully request that the Court grant their Motion for Expedited Hearing, and set a hearing on Defendants' Motion to Stay as early as practicable before the current hearing date of June 18, 2021. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion for Expedited Hearing, along with all the files, records, and proceedings herein.

| | |
|---|---|
| Dated:  June 4, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | *s/John W. Ursu* |
| | John W. Ursu (#032257) |
| | Deborah A. Ellingboe (#026216) |
| | Jeffrey P. Justman (#0390413) |
| | Erica Abshez Moran (#0400606) |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | john.ursu@faegredrinker.com |
| | debbie.ellingboe@faegredrinker.com |
| | jeff.justman@faegredrinker.com |
| | erica.moran@faegredrinker.com |
| | |
| | ***Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*** |

Of Counsel:

Justin A. Nelson (pro hac application filed)
Laranda M. Walker (pro hac application filed)
Jonathan J. Ross (pro hac application filed)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (pro hac application filed)
Elisha Barron (pro hac application filed)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330

sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (pro hac application filed)
Brittany Fowler (pro hac application filed)
Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com

Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com