UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow,<br><br>    Plaintiff,<br><br>    v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Defendants. | Case No. 21-cv-01015-PJS-DTS |

## DEFENDANTS' MEET AND CONFER STATEMENT

Undersigned counsel, representing Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants"), hereby certifies that the parties met and conferred in good faith to resolve the disputes presented in Defendants' Motion to Stay or, in the Alternative, Extend the Response Deadline ("Defendants' Motion"). I met and conferred with counsel for Plaintiff, Andrew Parker, on June 3, 2021 by telephone, during which Mr. Parker stated that Plaintiff opposed Defendants' Motion.

US.133314201.01

| | |
|---|---|
| Dated: June 4, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*s/John W. Ursu*<br>John W. Ursu (#032257)<br>Deborah A. Ellingboe (#026216)<br>Jeffrey P. Justman (#0390413)<br>Erica Abshez Moran (#0400606)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>john.ursu@faegredrinker.com<br>debbie.ellingboe@faegredrinker.com<br>jeff.justman@faegredrinker.com<br>erica.moran@faegredrinker.com<br><br>***Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*** |

Of Counsel:

Justin A. Nelson (pro hac application filed)
Laranda M. Walker (pro hac application filed)
Jonathan J. Ross (pro hac application filed)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com


Stephen Shackelford, Jr. (pro hac application filed)
Elisha Barron (pro hac application filed)
**SUSMAN GODFREY LLP**

1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com


Davida Brook (pro hac application filed)
Brittany Fowler (pro hac application filed)
Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com


Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

US.133314201.01