# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, | Case No. 21-cv-01015-PJS-DTS |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

## NOTICE OF HEARING ON DEFENDANTS' MOTION FOR EXPEDITED HEARING

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants"), hereby bring a Motion for Expedited Hearing on their Motion to Stay or, in the Alternative, Extend the Response Deadline ("Motion to Stay"). Unless expedited by the Court, Defendants' Motion to Expedite will be heard on June 18, 2021, in Courtroom 9E in the Minneapolis courthouse for the U.S. District Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415. This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion for Expedited Hearing, along with all the files, records, and proceedings herein.

| | |
|---|---|
| Dated:  June 4, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*s/John W. Ursu*<br>John W. Ursu (#032257)<br>Deborah A. Ellingboe (#026216)<br>Jeffrey P. Justman (#0390413)<br>Erica Abshez Moran (#0400606)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>john.ursu@faegredrinker.com<br>debbie.ellingboe@faegredrinker.com<br>jeff.justman@faegredrinker.com<br>erica.moran@faegredrinker.com<br><br>*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation* |

Of Counsel:

Justin A. Nelson (pro hac application filed)
Laranda M. Walker (pro hac application filed)
Jonathan J. Ross (pro hac application filed)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (pro hac application filed)
Elisha Barron (pro hac application filed)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330

sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (pro hac application filed)
Brittany Fowler (pro hac application filed)
Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com

Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com