# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, | Case No. 21-cv-01015-PJS-DTS |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANTS' MOTION FOR EXPEDITED HEARING

Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Defendants"), through their respective counsel, respectfully submit this Memorandum of Law in Support of Defendants' Motion for Expedited Hearing.

The Court should expedite the hearing on Defendants' Motion to Stay or, in the Alternative, Extend the Response Deadline ("Motion to Stay), so that Defendants' Motion to Stay may be heard earlier than the current motion setting of June 18, 2021. An expedited hearing will allow the Court to consider Defendants' Motion to Stay in advance of the current June 21, 2021 deadline to respond to the Complaint. (*See* Dkt. No. 11.) Without an expedited hearing on the Motion to Stay, Defendants' motion to dismiss will be due the next business day after the Motion to Stay is heard and well before U.S. District Court for

the District of Columbia has had a chance to consider My Pillow's motion to dismiss in that related action. That timing would waste party resources on briefing that will not be necessary if Dominion's motion to stay is granted.

Additionally, Michael J. Lindell, My Pillow's founder and CEO, filed a related suit against Dominion in the District of Minnesota only yesterday. Dominion has not yet been served with this related lawsuit, nor has Lindell requested that service be waived. It would serve judicial economy and be most efficient for the parties if Dominion responded to these related cases at the same time, rather than requiring Dominion to serve responsive pleadings to My Pillow's suit on June 21 and responsive pleadings to Lindell's related suit at some to-be-determined date in the future. This provides good cause for the Court to hear Dominion's Motion to Stay on an expedited basis.

For the foregoing reasons, Defendants respectfully request that the Court grant their Motion for Expedited Hearing and set a hearing on Defendants' Motion to Stay as early as practicable before the current hearing date of June 18, 2021.

  Dated:  June 4, 2021                              **FAEGRE DRINKER BIDDLE & REATH LLP**

                                                    *s/John W. Ursu*

|  | John W. Ursu (#032257)<br>Deborah A. Ellingboe (#026216)<br>Jeffrey P. Justman (#0390413)<br>Erica Abshez Moran (#0400606)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>john.ursu@faegredrinker.com<br>debbie.ellingboe@faegredrinker.com<br>jeff.justman@faegredrinker.com<br>erica.moran@faegredrinker.com<br><br>***Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*** |
|---|---|
| Of Counsel:<br><br>Justin A. Nelson (pro hac application filed)<br>Laranda M. Walker (pro hac application filed)<br>Jonathan J. Ross (pro hac application filed)<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, #5100<br>Houston, Texas 77002<br>(713) 651-9366<br>jnelson@susmangodfrey.com<br>lwalker@susmangodfrey.com<br>jross@susmangodfrey.com<br><br>Stephen Shackelford, Jr. (pro hac application filed)<br>Elisha Barron (pro hac application filed)<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>(212) 336-8330<br>sshackelford@susmangodfrey.com<br>ebarron@susmangodfrey.com<br><br>Davida Brook (pro hac application filed)<br>Brittany Fowler (pro hac application filed) | |

Emily K. Cronin (pro hac application filed)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com

Stephen E. Morrisey (pro hac application filed)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com