**Kooiman, Christina G.**

| | |
|---|---|
| **From:** | Laranda Walker <LWalker@susmangodfrey.com> |
| **Sent:** | Monday, June 7, 2021 6:07 PM |
| **To:** | Laranda Walker |
| **Subject:** | FW: Activity in Case 1:21-cv-00213-CJN US DOMINION, INC. et al v. GIULIANI Order |

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Monday, June 7, 2021 4:45 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-00213-CJN US DOMINION, INC. et al v. GIULIANI Order

EXTERNAL Email

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 6/7/2021 at 5:44 PM and filed on 6/7/2021
**Case Name:** US DOMINION, INC. et al v. GIULIANI
**Case Number:** 1:21-cv-00213-CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Upon review of Defendant's [26] Motion to Dismiss, it is hereby ORDERED that a hearing on the [26] Motion, as well as the pending Motions in *US Dominion, Inc. v. Powell*, 1:21-cv-00040, and *US Dominion, Inc. v. My Pillow, Inc.*, 1:21-cv-00445, is scheduled for 2:00 p.m. on June 24, 2021, in Courtroom 19. Signed by Judge Carl J. Nichols on June 7, 2021. (lccjn2)**

**1:21-cv-00213-CJN Notice has been electronically mailed to:**

Thomas A. Clare     tom@clarelocke.com, 7600703420@filings.docketbird.com, paralegals@clarelocke.com

Megan Lambart Meier     megan@clarelocke.com

Justin A. Nelson     jnelson@susmangodfrey.com, klombardo@susmangodfrey.com

Dustin Andrew Pusch     dustin@clarelocke.com

Joseph D. Sibley, IV     sibley@camarasibley.com

Stephen Shackelford, Jr     sshackelford@susmangodfrey.com, meredith-greisman-7859@ecf.pacerpro.com, mgreisman@susmangodfrey.com

Elisha Barron     ebarron@susmangodfrey.com, lparrella@susmangodfrey.com

Brittany Fowler     bfowler@susmangodfrey.com

Davida Brook     dbrook@susmangodfrey.com

**1:21-cv-00213-CJN Notice will be delivered by other means to::**

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here