## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| My Pillow, Inc., DBA MyPillow, | Court File No. 21-CV-01015-PJS-DTS |
| Plaintiff, | |
| v. | |
| US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, | **LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |
| Defendants. | |

I, Andrew D. Parker, hereby certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Stay or, in the Alternative, Extend Time to Respond to the Complaint and Motion for Expedited Hearing complies with Local Rules 7.1(f) and 7.1(h).

I further certify that in preparation of this memorandum, I used Microsoft Word for Office 365 MSO version 2105 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count. I further certify that the above-referenced memorandum contains a total of 1,794 words, exclusive of the caption and signature block.

                                  **PARKER DANIELS KIBORT LLC**

Date: June 11, 2021                 *s/ Andrew D. Parker*
                                          Andrew D. Parker (195042)
                                          Joseph A. Pull (386968)
                                          Gregory N. Arenson (398276)
                                          Abraham S. Kaplan (399507)
                                          888 Colwell Building
                                          123 North Third Street
                                          Minneapolis, Minnesota 55401
                                          Phone: (612) 355-4100
                                          Fax: (612) 355-4101
                                          parker@parkerdk.com
                                          pull@parkerdk.com
                                          arenson@parkerdk.com
                                          kaplan@parkerdk.com

                                          *Attorneys for Plaintiff My Pillow, Inc., DBA MyPillow*