UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MY PILLOW, INC., d/b/a MyPillow, | Case No. 21-CV-1015 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| US DOMINION, INC.; DOMINION VOTING SYSTEMS, INC.; and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

This matter is before the Court on a letter from defendants (collectively "Dominion") regarding briefing for its anticipated motions to dismiss and to transfer. Having considered the letter, the Court concludes that the best course of action is to stay this case until a decision has been rendered on the parties' pending motions in the related case *US Dominion, Inc. v. My Pillow, Inc.*, No. 1:21-cv-00445-CJN (D.D.C. filed Feb. 22, 2021) ("the D.C. action"), as the decision on the motions that are pending in that case will undoubtedly inform and affect the parties' briefing on Dominion's anticipated motions in this case. If the parties submit briefing on Dominion's anticipated motions before the pending motions in the D.C. action are decided, it is inevitable that the parties will seek to file supplemental briefs in this action to address the impact of the ruling in the D.C. action, adding expense and delay for the parties, and adding to the burden on this Court.

The Court therefore orders as follows:

1. This case, including Dominion's deadline to answer or otherwise respond to the complaint, is STAYED until further order of the Court.

2. No later than seven days after a decision has been rendered on the pending motions in the D.C. action, Dominion must file a letter informing the Court of the decision and attaching a copy of the order disposing of the motions. The Court will then promptly schedule a status conference or schedule a hearing date on Dominion's anticipated motions and issue a briefing schedule.

SO ORDERED.

Dated: July 6, 2021                         s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge