# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

My Pillow, Inc. DBA MyPillow,

        Plaintiff,

v.

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

        Defendants.

Court File No. 21-cv-01015-PJS-DTS

**NOTICE OF APPEARANCE**

TO:   The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned attorney, Jesse H. Kibort, hereby appears as counsel for Plaintiff in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall also be served upon the undersigned.

1

Dated: August 16, 2021

**PARKER DANIELS KIBORT LLC**

By */s/ Jesse H. Kibort*
Andrew D. Parker (#195042)
Jesse H. Kibort (328595)
Joseph A. Pull (#386968)
Abraham S. Kaplan (#399507)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com

**ATTORNEYS FOR PLAINTIFF MY
PILLOW, INC. DBA MYPILLOW**