UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| My Pillow, Inc. DBA MyPillow, | Court File No. 21-cv-01015-PJS-DTS |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | |
| Defendants. | |

_____

TO:   The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned attorney, Ryan P. Malone, hereby appears as counsel for Plaintiff in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall also be served upon the undersigned.

1

2

Dated: August 16, 2021

**PARKER DANIELS KIBORT LLC**

By <u>*/s/ Ryan P. Malone*</u>
Andrew D. Parker (#195042)
Jesse H. Kibort (328595)
Joseph A. Pull (#386968)
Ryan P. Malone (#395795)
Abraham S. Kaplan (#399507)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
malone@parkerdk.com
kaplan@parkerdk.com

**ATTORNEYS FOR PLAINTIFF MY PILLOW, INC. DBA MYPILLOW**