UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

My Pillow, Inc. DBA MyPillow,

    Plaintiff,

v.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

    Defendants.

Court File No. 21-cv-01015-PJS-DTS
_____

## My Pillow, Inc.'s Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff My Pillow, Inc. discloses that there is no parent company, subsidiary, affiliate, or other company which owns 10% or more of the stock of My Pillow, Inc.

Dated: August 20, 2021

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (#195042)
Jesse H. Kibort (#328595)
Joseph A. Pull (#386968)
Ryan P. Malone (#395795)
Abraham S. Kaplan (#399507)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
malone@parkerdk.com
kaplan@parkerdk.com

**ATTORNEYS FOR PLAINTIFF MY PILLOW, INC. DBA MYPILLOW**