## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MY PILLOW, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Defendants.<br><br>and<br><br>MICHAEL J. LINDELL,<br><br>    Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Defendants. | Case No. 21-cv-01015<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 21-cv-01332 |

**STIPULATION TO TRANSFER CASES**
**TO THE DISTRICT OF THE DISTRICT OF COLUMBIA**

WHEREAS, on February 22, 2021, U.S. Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion") filed suit against My Pillow, Inc. ("MyPillow") and Michael J. Lindell ("Lindell") in Cause No. 1:21-cv-0445-CJN in the United States District Court for the District of Columbia (the "Dominion Lawsuit" at Dkt. No. 1); and

WHEREAS, on April 19, 2021, MyPillow filed suit against Dominion in Cause No. 0:21-cv-01015-PJS-DTS in the United States District Court for the District of Minnesota

(the "MyPillow Lawsuit" at Dkt. No. 1); and

WHEREAS, on April 19, 2021, MyPillow filed a Motion to Dismiss the Dominion Lawsuit (Dominion Lawsuit at Dkt. No. 30); and

WHEREAS, on April 23, 2021, Lindell filed a Motion to Dismiss the Dominion Lawsuit (Dominion Lawsuit at Dkt. No. 34); and

WHEREAS, on June 3, 2021, Lindell filed suit against Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") and Dominion in Cause No. 0:21-cv-01332-PJS-DTS in the United States District Court for the District of Minnesota (the "Lindell Lawsuit" at Dkt. No. 1); and

WHEREAS, on July 6 and 7, 2021, the Court stayed the MyPillow Lawsuit and the Lindell Lawsuit pending a ruling from the United States District Court for the District of Columbia on Motions to Dismiss the Dominion Lawsuit (MyPillow Lawsuit at Dkt. No. 49; Lindell Lawsuit at Dkt. No. 19); and

WHEREAS, on August 11, 2021, the United States District Court for the District of Columbia, Nichols, J., denied the Motions to Dismiss the Dominion Lawsuit filed by MyPillow and Lindell (Dominion Lawsuit at Dkt. Nos. 53-54; collectively, the "DC Dismissal Order"); and

WHEREAS, on August 20, 2021, the United States District Court for the District of Minnesota, Schiltz, J., held a status conference in the MyPillow Lawsuit and the Lindell Lawsuit and requested that the Parties confer about a stipulation to transfer the MyPillow Lawsuit and the Lindell Lawsuit to the United States District Court for the District of the District of Columbia; and

WHEREAS, the Parties have conferred in accordance with the Court's request.

THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The My Pillow Lawsuit and the Lindell Lawsuit shall be transferred to the United States District Court for the District of Columbia;

2. The Dominion Defendants and Smartmatic Defendants stipulate that the District for the District of Columbia is an appropriate venue for both the My Pillow Lawsuit and the Lindell Lawsuit;

3. Except for Paragraph 2 above, the Dominion Defendants and the Smartmatic Defendants do not waive—and expressly preserve—the right to challenge the above captioned actions on any grounds, including, but not limited to, under Rule 12(b)(6).

4. My Pillow and Lindell reserve the right to seek transfer of the My Pillow Lawsuit and the Lindell Lawsuit, respectively, back to the District of Minnesota in the event that an appeal of the DC Dismissal Order is taken and the Dominion Lawsuit is dismissed.

**SO STIPULATED.**

Dated: August 24, 2021

By */s/ Andrew D. Parker*
   Andrew D. Parker (MN Bar No. 195042)
   Joseph A. Pull (MN Bar No. 0386968)
   Abraham S. Kaplan (MN Bar No. 399507)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   pull@parkerdk.com
   kaplan@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*


*/s/ Douglas A. Daniels*
Alec J. Beck
Minnesota State Bar No. 201133
225 S. Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 367-8709
Facsimile: (612) 333-6798
Email: becklaw2021@gmail.com

Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK, PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
Telephone: (713) 917-0024
Facsimile: (713) 917-0026
Email: doug.daniels@dtlawyers.com

*Counsel for Plaintiff Michael J. Lindell*


s/*John W. Ursu*
John W. Ursu (#032257)
Deborah A. Ellingboe (#026216)
Jeffrey P. Justman (#0390413)
Erica Abshez Moran (#0400606)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center

4


90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.ursu@faegredrinker.com
debbie.ellingboe@faegredrinker.com
jeff.justman@faegredrinker.com
erica.moran@faegredrinker.com

Laranda M. Walker (admitted pro hac vice)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
lwalker@susmangodfrey.com

Stephen Shackelford, Jr. (admitted pro hac vice)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

*/s/  William E. Manske*
Christopher K. Larus
Minnesota State Bar No. 0226828
William E. Manske
Minnesota State Bar No. 0392348
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota  55402
Telephone:  612.349.8500
Email: clarus@robinskaplan.com

J. Erik Connolly
Illinois ARDC No. No. 6269558
Nicole E. Wrigley
Illinois ARDC No. No. 6278749
Martin V. Sinclair, Jr.
Illinois ARDC No. No. 6287402
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

5

71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606-4637
Telephone:  312.212.4949
Email:  msinclair@beneschlaw.com

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*