**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| MY PILLOW, INC., <br><br> Plaintiff, <br><br> vs. <br><br> US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Defendants. <br><br> and <br><br> MICHAEL J. LINDELL, <br><br> Plaintiff, <br><br> vs. <br><br> US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Defendants. | Case No. 21-cv-01015 <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 21-cv-01332 |

**[PROPOSED] ORDER TO TRANSFER CASES
TO THE DISTRICT OF THE DISTRICT OF COLUMBIA**

The above-entitled matter came before The Honorable Patrick J. Schiltz, United States District Court Judge, on August 24, 2021, on Defendants' Unopposed Motion to Transfer Cases to the United States District Court for the District of Columbia (ECF #__). The Court, on review of the record in these cases and the parties' stipulation, finds that transfer is appropriate pursuant to 28 U.S.C. § 1404. The Court therefore ORDERS that:

1. *My Pillow, Inc. v. US Dominion, Inc.*, et al., Case no. 21-cv-01015, and *Lindell v. US Dominion, Inc. et al.*, Case no. 21-cv-01332, shall be transferred to the United States District Court for the District of Columbia;

2. The parties' stipulations and reservations of rights set forth in the Stipulation to Transfer Cases to the District of the District of Columbia, attached as Exhibit A, shall be binding upon the parties.

3. This Order does not constitute any waiver on the part of the Dominion Defendants or the Smartmatic Defendants to challenge the above captioned actions on any grounds, including, but not limited to, under Rule 12(b)(6).

4. This Order is based on the parties' stipulation as to the transfer of the cases to the District of the District of Columbia and shall not be construed as a finding that transfer is appropriate under 28 U.S.C. 1404, nor can this Order be construed as the law of the case or be used as collateral estoppel in the event of a motion to transfer the cases back to the District of Minnesota.

BY THE COURT:

Dated: _____

_____
The Honorable Patrick J. Schiltz
United States District Court Judge