# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:21−cv−01015−PJS−DTS

My Pillow, Inc. v. US Dominion, Inc. et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge David T. Schultz
 rel Case:  0:21−cv−01332−PJS−DTS
Cause: 28:1983 Civil Rights

Date Filed: 04/19/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**My Pillow, Inc.**
*doing business as*
MyPillow

represented by **Abraham S Kaplan**
Parker Daniels Kibort LLC
123 3rd St N
Ste 888
Minneapolis, MN 55401
612−355−4100
Fax: 612−355−4101
Email: kaplan@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D Parker**
Parker Daniels Kibort LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612−355−4100
Fax: 612−355−4101
Email: parker@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Arenson**
Parker Daniels Kibort
888 Colwell Building
123 North Third Street, Ste 888
Minneapolis, MN 55401
612−355−4100
Fax: 612−355−4101
Email: arenson@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse H Kibort**
Parker Daniels Kibort, LLC
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
612−355−4100
Fax: 612−355−4101
Email: kibort@parkerdk.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Pull**
Parker Daniels Kibort
123 N. Third Street
Suite 888
Minneapolis, MN 55401
612−355−4100
Email: pull@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Malone**
Parker Daniels Kibort LLC
123 N. 3rd Street
Ste 888
Minneapolis, MN 55401
612−355−4100
Fax: 612−355−4101
Email: malone@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**US Dominion, Inc.**  represented by  **Brittany Fowler**
Susman Godfrey LLP
1900 Avenue of the Stars
Ste. 1400
Los Angeles, CA 90067
310−789−3100
Email: bfowler@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
Susman Godfrey L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
310−789−3100
Fax: 310−789−3150
Email: dbrook@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah A Ellingboe**
Faegre Drinker Biddle Reath LLP
90 S. 7th St.

Ste. 2200
Minneapolis, MN 55402
612–766–8713
Fax: 612–766–1600
Email: debbie.ellingboe@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Fl.
New York, NY 10019
212–729–2013
Email: ebarron@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily K. Cronin**
Susman Godfrey LLP
1900 Avenue of the Stars
Ste 1400
Los Angeles, CA 90067
310–789–3100
Fax: 310–789–3150
Email: ecronin@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
612–766–7000
Fax: 612–766–1600
Email: Erica.Moran@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612–766–8862
Email: jeff.justman@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center

90 S. Seventh Street
Minneapolis, MN 55402
612−766−7000
Fax: 612−766−1600
Email: john.ursu@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
Susman Godfrey LLP
1000 Louisiana St.
Suite 5100
Houston, TX 77002
713−653−7813
Fax: 713−654−6666
Email: jross@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
Susman Godfrey L.L.P.
1000 Louisiana Street
Ste 5100
Houston, TX 77002
713−653−7895
Fax: 713−654−6666
Email: jnelson@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
Susman Godfrey L.L.P.
1000 Louisiana
Ste 5100
Houston, TX 77002
713−653−7842
Fax: 713−654−6666
Email: lwalker@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**
Susman Godfrey LLP
1201 Third Avenue
Ste 3800
Seattle, WA 98101
206−373−7380
Email: smorrissey@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**

                    Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212−729−2012
Email: sshackelford@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Clare**
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
202−682−7400
Email: file@clarelocke.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominion Voting Systems, Inc.**     represented by     **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah A Ellingboe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily K. Cronin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Clare**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominion Voting Systems Corporation**       represented by  **Brittany Fowler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah A Ellingboe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha Barron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily K. Cronin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Clare**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2021 | Ï 1 | COMPLAINT against Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. (filing fee $ 402, receipt number AMNDC−8690007) filed by My Pillow, Inc.. Filer requests summons issued. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Civil Cover Sheet Civil Cover Sheet) (Parker, Andrew) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 2 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Patrick J. Schiltz per 3rd/4th Civil Rights list, referred to Magistrate Judge David T. Schultz. Please use case number 21−cv−1015 PJS/DTS. (kt) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 3 | Summons Issued as to Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (kt) (Entered: 04/19/2021) |
| 05/03/2021 | Ï 4 | SUMMONS Returned Executed by My Pillow, Inc.. Dominion Voting Systems, Inc. served on 4/21/2021, answer due 5/12/2021. (Parker, Andrew) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 5 | SUMMONS Returned Executed by My Pillow, Inc.. US Dominion, Inc. served on 4/21/2021, answer due 5/12/2021. (Parker, Andrew) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 6 | SUMMONS Returned Executed by My Pillow, Inc.. Dominion Voting Systems Corporation served on 4/28/2021, answer due 5/19/2021. (Parker, Andrew) (Entered: 05/03/2021) |
| 05/05/2021 | Ï 7 | NOTICE of Appearance by John W. Ursu on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 05/05/2021) |
| 05/05/2021 | Ï 8 | DEFENDANTS CONSENT MOTION for Extension of Time to File Answer re 1 Complaint, filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. (Ursu, John) Modified text on 5/6/2021 (lmb). (Entered: 05/05/2021) |
| 05/05/2021 | Ï 9 | PROPOSED ORDER TO JUDGE re 8 DEFENDANTS CONSENT MOTION for Extension of Time to File Answer re 1 Complaint filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. (Ursu, John) Modified text on 5/6/2021 (lmb). (Entered: 05/05/2021) |

| | | |
|---|---|---|
| 05/06/2021 | 10 | (Text−Only): Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Thomas A. Clare, Megan L. Meier, Justin A. Nelson, Stephen Shackelford, Jr., Davida Brook** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all−forms. (lmb) (Entered: 05/06/2021) |
| 05/10/2021 | 11 | ORDER granting 8 Motion for Extension of Time to Answer Dominion Voting Systems Corporation answer due 6/21/2021; Dominion Voting Systems, Inc. answer due 6/21/2021; US Dominion, Inc. answer due 6/21/2021. Signed by Magistrate Judge David T. Schultz on 5/10/2021. (TJB) (Entered: 05/10/2021) |
| 06/04/2021 | 12 | MOTION for Admission Pro Hac Vice for Attorney Elisha Barron. Filing fee $ 100, receipt number AMNDC−8800284 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 13 | MOTION for Admission Pro Hac Vice for Attorney Laranda M. Walker. Filing fee $ 100, receipt number AMNDC−8800292 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 14 | MOTION for Admission Pro Hac Vice for Attorney Brittany Fowler. Filing fee $ 100, receipt number AMNDC−8800299 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 15 | MOTION for Admission Pro Hac Vice for Attorney Stephen E. Morrisey. Filing fee $ 100, receipt number AMNDC−8800305 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 16 | MOTION for Admission Pro Hac Vice for Attorney Jonathan J. Ross. Filing fee $ 100, receipt number AMNDC−8800311 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 17 | MOTION for Admission Pro Hac Vice for Attorney Justin A. Nelson. Filing fee $ 100, receipt number AMNDC−8800312 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 18 | MOTION for Admission Pro Hac Vice for Attorney Davida Brook. Filing fee $ 100, receipt number AMNDC−8800313 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 19 | MOTION for Admission Pro Hac Vice for Attorney Stephen Shackelford, Jr.. Filing fee $ 100, receipt number AMNDC−8800314 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 20 | MOTION for Admission Pro Hac Vice for Attorney Emily K. Cronin. Filing fee $ 100, receipt number AMNDC−8800315 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 21 | MOTION to Expedite *Hearing* filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 22 | MOTION to Stay filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/04/2021) |

| | | |
|---|---|---|
| 06/04/2021 | 23 | NOTICE OF HEARING ON MOTION 22 MOTION to Stay : Motion Hearing set for 6/18/2021 at 09:00 AM in Courtroom 9E (MPLS) before Judge Patrick J. Schiltz. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 24 | MEMORANDUM in Support re 22 MOTION to Stay filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate Word Count)(Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 25 | MEET and CONFER STATEMENT re 22 Motion to Stay filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc..(Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 26 | PROPOSED ORDER TO JUDGE re 22 MOTION to Stay filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc..(Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 27 | NOTICE OF HEARING ON MOTION 21 MOTION to Expedite *Hearing* : Motion Hearing set for 6/18/2021 at 09:00 AM in Courtroom 9E (MPLS) before Judge Patrick J. Schiltz. (Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 28 | MEMORANDUM in Support re 21 MOTION to Expedite *Hearing* filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate Word Count)(Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 29 | MEET and CONFER STATEMENT re 21 Motion to Expedite filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc..(Ursu, John) (Entered: 06/04/2021) |
| 06/04/2021 | 30 | PROPOSED ORDER TO JUDGE re 21 MOTION to Expedite *Hearing* filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc..(Ursu, John) (Entered: 06/04/2021) |
| 06/08/2021 | 31 | LETTER TO DISTRICT JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Attachments: # 1 Exhibit(s) Exhibit A)(Ursu, John) (Entered: 06/08/2021) |
| 06/09/2021 | 32 | MOTION for Admission Pro Hac Vice for Attorney Thomas A. Clare. Filing fee $ 100, receipt number AMNDC–8808337 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/09/2021) |
| 06/09/2021 | 33 | AMENDED NOTICE OF HEARING ON MOTION re 22 MOTION to Stay: Motion Hearing set for 6/18/2021 at 09:00 AM in Courtroom 9E (MPLS) before Magistrate Judge David T. Schultz. (Ursu, John) Modified text on 6/10/2021 (lmb). (Entered: 06/09/2021) |
| 06/09/2021 | 34 | NOTICE OF HEARING ON MOTION 21 MOTION to Expedite *Hearing* : Motion Hearing set for 6/18/2021 at 09:00 AM in Courtroom 9E (MPLS) before Magistrate Judge David T. Schultz. (Ursu, John) (Entered: 06/09/2021) |
| 06/09/2021 | 35 | TEXT ONLY ENTRY: ORDER granting 32 Motion for Admission Pro Hac Vice of Attorney Thomas Arthur Clare for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 12 Motion for Admission Pro Hac Vice of Attorney Elisha Barron for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 13 Motion for Admission Pro Hac Vice of Attorney Laranda Walker for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 14 Motion for Admission Pro Hac Vice of Attorney Brittany Fowler for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting |

| | | |
|---|---|---|
| | | 15 Motion for Admission Pro Hac Vice of Attorney Stephen Morrissey for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 16 Motion for Admission Pro Hac Vice of Attorney Jonathan J. Ross for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 17 Motion for Admission Pro Hac Vice of Attorney Justin A. Nelson for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 18 Motion for Admission Pro Hac Vice of Attorney Davida Brook for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 19 Motion for Admission Pro Hac Vice of Attorney Stephen Shackelford, Jr for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 20 Motion for Admission Pro Hac Vice of Attorney Emily K. Cronin for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc. Approved by Magistrate Judge David T. Schultz on 6/9/2021. (NAH) (Entered: 06/09/2021) |
| 06/10/2021 | 36 | (Text–Only) ORDER. Defendants' answer to the Complaint is stayed pending the hearing of the Motion to stay the litigation. Ordered by Magistrate Judge David T. Schultz on 6/10/2021.(TJB) (Entered: 06/10/2021) |
| 06/11/2021 | 37 | ORDER FOR REASSIGNMENT OF RELATED CASES that 21–cv–01332–ECT–HB has been reassigned to Judge Patrick J. Schiltz and Magistrate Judge David T. Schultz. Signed by Judge Patrick J. Schiltz on 6/10/2021 and Judge Eric C. Tostrud on 6/11/2021. (lmb) (Entered: 06/11/2021) |
| 06/11/2021 | 38 | MEMORANDUM in Opposition re 22 MOTION to Stay , 21 MOTION to Expedite *Hearing* filed by My Pillow, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Parker, Andrew) (Entered: 06/11/2021) |
| 06/18/2021 | 39 | (TEXT–ONLY) Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Motion Hearing held on 6/18/2021 re 22 MOTION to Stay filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc., 21 MOTION to Expedite *Hearing* filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. Appearances: Andrew D. Parker for Plaintiff My Pillow, Inc.; John W. Ursu for Defendants US Dominion, Inc. et al. (Time in Court: 51 minutes) (Court Reporter Kristine Mousseau) (AJP) Modified text on 6/22/2021 (TJB). (Entered: 06/18/2021) |
| 06/18/2021 | 40 | TEXT–ONLY ORDER. Defendants' answer to the Complaint is stayed pending resolution of the Motion to stay the litigation. Ordered by Magistrate Judge David T. Schultz on 6/18/2021. (TJB) (Entered: 06/18/2021) |
| 06/21/2021 | 41 | TRANSCRIPT REQUEST for a COPY OF TRANSCRIPT 39 Motion Hearing,, to Court Reporter Kristine Mousseau. (Ursu, John) (Entered: 06/21/2021) |
| 06/21/2021 | 42 | TRANSCRIPT REQUEST for a COPY OF TRANSCRIPT 39 Motion Hearing,, to Court Reporter Kristine Mousseau. (Parker, Andrew) (Entered: 06/21/2021) |
| 06/25/2021 | 43 | TRANSCRIPT of Motion Hearing held on 6/18/2021 before Magistrate Judge David T. Schultz. (30 pages). Court Reporter: Kristine Mousseau. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and Local Rule 80.1, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review Local Rule 5.5 and *Case Information* >*Transcripts, Court Reporters and Digital Audio Recordings*. |

| | | |
|---|---|---|
| | | Notice Intent/No Intent to Request Redactions due 7/2/2021.<br>Redaction Request due 7/16/2021.<br>Redacted Transcript Deadline set for 7/26/2021.<br>Release of Transcript Restriction set for 9/23/2021.<br><br>(KM) (Entered: 06/25/2021) |
| 06/28/2021 | 44 | ORDER denying as moot 21 Motion to Expedite; denying 22 Motion to Stay. Signed by Magistrate Judge David T. Schultz on 6/28/2021. (TJB) (Entered: 06/28/2021) |
| 06/30/2021 | 45 | LETTER TO MAGISTRATE JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Ursu, John) Modified text on 7/1/2021 (TJB). (Entered: 06/30/2021) |
| 07/01/2021 | 46 | TEXT–ONLY ORDER in response to Letter request: Defendants request is GRANTED. Defendants have until July 13, 2021 to answer or otherwise respond to the complaint in this matter. Ordered by Magistrate Judge David T. Schultz on 7/1/2021. (TJB) (Entered: 07/01/2021) |
| 07/01/2021 | 47 | (Text–Only) ORDER in response to 45 Defendants' Letter to Magistrate Judge: Nothing in the Court's decision 44 precludes Defendants from invoking the first–filed doctrine in support of a future motion to dismiss.<br>Ordered by Magistrate Judge David T. Schultz on 7/1/2021. (AJP) (Entered: 07/01/2021) |
| 07/02/2021 | 48 | LETTER TO DISTRICT JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Ursu, John) (Entered: 07/02/2021) |
| 07/06/2021 | 49 | ORDER STAYING CASE. Signed by Judge Patrick J. Schiltz on 7/6/2021.(CLG) (Entered: 07/06/2021) |
| 08/12/2021 | 50 | LETTER TO DISTRICT JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Ursu, John) (Entered: 08/12/2021) |
| 08/16/2021 | 51 | NOTICE of Appearance by Jesse H Kibort on behalf of My Pillow, Inc.. (Kibort, Jesse) (Entered: 08/16/2021) |
| 08/16/2021 | 52 | NOTICE of Appearance by Ryan Malone on behalf of My Pillow, Inc.. (Malone, Ryan) (Entered: 08/16/2021) |
| 08/17/2021 | 53 | (Text–Only) NOTICE: Status conference set for 8/20/2021 at 10:00 AM via video conference before Judge Patrick J. Schiltz.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court–schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(CLG) (Entered: 08/17/2021) |
| 08/19/2021 | 54 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly–owned subsidiary to report for Defendants Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/19/2021 | 55 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly–owned subsidiary to report for Defendants Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/20/2021 | 56 | Minute Entry for proceedings held before Judge Patrick J. Schiltz: Status Conference held on 8/20/2021. (Court Reporter Debra Beauvais) (CLG) (Entered: 08/20/2021) |

| | | |
|---|---|---|
| 08/20/2021 | 57 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly−owned subsidiary to report for Plaintiff My Pillow, Inc.. (Parker, Andrew) (Entered: 08/20/2021) |
| 08/24/2021 | 58 | MOTION to Transfer/Change Venue filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/24/2021) |
| 08/24/2021 | 59 | STIPULATION re 58 MOTION to Transfer/Change Venue by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. Jointly Signed by My Pillow, Inc., Michael J. Lindell, US Dominion, Inc., Dominion Voting Systems Inc, Dominion Voting Systems Corporation, Smartmatic USA Corp, Smartmatic International Holding B.V., and SGO Corporation Limited. (Ursu, John) (Entered: 08/24/2021) |
| 08/24/2021 | 60 | PROPOSED ORDER TO JUDGE re Transfer 58 Motion to Transfer/Change Venue, 59 Stipulation,. (Ursu, John) (Entered: 08/24/2021) |
| 08/25/2021 | 61 | ORDER TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. Signed by Judge Patrick J. Schiltz on 8/25/2021. (Attachments: # 1 Exhibit A) (CLG) (Entered: 08/25/2021) |