Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MY PILLOW, INC.

    Plaintiff

vs.

U.S. DOMINION, INC. et al

    Defendant

Civil No.   21-2294   (CJN)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  10/5/2021  from  Judge Reggie B. Walton

to  Judge Carl J. Nichols  by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:   Judge Reggie B. Walton  & Courtroom Deputy
Judge Carl J. Nichols  & Courtroom Deputy
Liaison, Calendar and Case Management Committee