IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-cv-02294-CJN |
| US DOMINION, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S RESPONSE TO DOMINION'S MOTION TO STAY DEADLINES**

MyPillow disputes as being inaccurate or extraneous to the issue of a stay, several of the assertions, characterizations, and arguments made in Defendants' (collectively, "Dominion") procedural "Motion to Continue to Stay Deadlines as to Dominion Pending Status Conference" (ECF #77). However, no purpose would be served in perpetuating the parties' disagreement on those matters in light of the parties' agreement that the case may be stayed until October 25, 2021. Accordingly, in response to the Motion, MyPillow states only that (1) MyPillow does not concede any assertion, characterization, or argument made in Dominion's motion filing, including in particular that there was a "decision to consolidate the three lawsuits," given that no motion, briefing or argument has occurred regarding consolidation; (2) MyPillow does not object to staying all deadlines in this action through the scheduled status conference on October 25, 2021; and (3) MyPillow anticipates that the issue of whether a stay should extend past October 25, 2021 will be raised at the status conference.

Dated: October 15, 2021 **PARKER DANIELS KIBORT LLC**

/s/ Joseph A. Pull
Andrew D. Parker*
Joseph A. Pull (D.C. Bar No. 982468)
Ryan P. Malone*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
malone@parkerdk.com

*to be admitted *pro hac vice*

**LEWIN & LEWIN, LLP**

/s/ Nathan Lewin
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*