IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MY PILLOW, INC. ) ) ) Plaintiff, ) ) v. ) ) US DOMINION, INC., et al., ) ) Defendants. ) ) | Case No. 1:21-cv-02294-CJN Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW D. PARKER

Joseph A. Pull moves for the admission of Andrew D. Parker of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow, Inc. in the above-captioned action. This motion is accompanied by the declaration of Mr. Parker, which certifies and establishes the following:

1. Mr. Parker has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on October 18, 2021, Mr. Pull exchanged email communications with Laranda Walker, counsel for Defendants. Mr. Pull informed Ms. Walker that Plaintiff My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Ms. Walker stated that Defendants will not oppose such a motion.

3. Accordingly, Joseph A. Pull, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Andrew D. Parker to appear *pro hac vice* in this matter.

                                      Respectfully submitted,

DATED:  October 20, 2021          **LEWIN & LEWIN, LLP**

                                By   *s/ Nathan Lewin*
                                  Nathan Lewin (D.C. Bar No. 38299)
                                  888 17th Street NW
                                  Fourth Floor
                                  Washington, DC 20006
                                  Telephone: (202) 828-1000
                                  nat@lewinlewin.com

                          *Counsel for Plaintiff My Pillow, Inc.*

                          **PARKER DANIELS KIBORT LLC**

                          By *s/ Joseph A. Pull*
                                Joseph A. Pull (D.C. Bar No. 982468)
                                888 Colwell Building
                                123 N. Third Street
                                Minneapolis, MN 55401
                                Telephone: (612) 355-4100
                                Facsimile: (612) 355-4101
                                pull@parkerdk.com

                          *Counsel for Plaintiff My Pillow, Inc.*