# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. | ) |
|       Plaintiff, | ) Case No. 1:21-cv-02294-CJN |
| v. | ) Judge Carl J. Nichols |
| US DOMINION, INC., et al., | ) |
|       Defendants. | ) |

## DECLARATION OF ANDREW D. PARKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew D. Parker, declare:

1. I am an attorney licensed to practice law in the State of Minnesota and am a partner with the law firm of Parker Daniels Kibort LLC.

2. The law office of Parker Daniels Kibort LLC is located at 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401. Telephone number (612) 355-4100 and facsimile number (612) 355-4104.

3. In October of 1988, I was admitted to practice law in the federal and state courts in the State of Minnesota.

4. In January of 2002, I was admitted to practice law in the Supreme Court for the United States of America.

5. In January of 2011, I was admitted to practice law in the federal and state courts in the State of Arizona.

6. I hereby certify that I have not been disciplined by any bar.

7. I have been admitted *pro hac vice* in this Court as counsel for Defendant My Pillow, Inc.; Case No.: 21-cv-00445-CJN.

8. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Parker Daniels Kibort LLC has retained Nathan Lewin and the law firm Lewin & Lewin LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 888 17th Street NW, 4th Floor, Washington, D.C. 20006, telephone number (202) 828-1000.

9. I have read the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2021 in Minneapolis, Minnesota.

*s/ Andrew D. Parker*
Andrew D. Parker