IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> US DOMINION, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:21-cv-02294-CJN <br> Judge Carl J. Nichols |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JESSE H. KIBORT**

Joseph Pull moves for the admission of Jesse H. Kibort of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the Declaration of Mr. Kibort, which certifies and establishes the following:

1. Mr. Kibort has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on October 18, 2021, Mr. Pull exchanged email communications with Laranda Walker, counsel for Defendants. Mr. Pull informed Ms. Walker that Plaintiff My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Ms. Walker stated that Defendants will not oppose such a motion.

3. Accordingly, Joseph Pull, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Jesse Kibort to appear *pro hac vice* in this matter.

                Respectfully submitted,

DATED: October 20, 2021        **LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
   Nathan Lewin (D.C. Bar No. 38299)
   888 17th Street NW
   Fourth Floor
   Washington, DC 20006
   Telephone: (202) 828-1000
   nat@lewinlewin.com

**PARKER DANIELS KIBORT LLC**

By *s/ Joseph A. Pull*
   Andrew D. Parker (MN Bar No. 195042)*
   Joseph A. Pull (D.C. Bar No. 982468)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   pull@parkerdk.com

* *Pro Hac Vice* Pending

*Counsel for Defendant My Pillow, Inc.*

1