# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JESSE HERSCH KIBORT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2003

Given under my hand and seal of this court on

August 25, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration