# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-02294-CJN |
| ) | Judge Carl J. Nichols |
| v. ) | |
| ) | |
| US DOMINION, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JESSE H. KIBORT

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearance of Jesse H. Kibort *pro hac vice* in this matter.

IT IS SO ORDERED.

Dated: _____         _____
                                    Honorable Carl J. Nichols
                                    District Court Judge