# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. ) ) Plaintiff, ) ) v. ) ) US DOMINION, INC., et al., ) ) Defendants. ) | Case No. 1:21-cv-02294-CJN<br>Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ABRAHAM S. KAPLAN

Joseph Pull moves for the admission of Abraham S. Kaplan of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the declaration of Mr. Kaplan, which certifies and establishes the following:

1. Mr. Kaplan has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on October 18, 2021, Mr. Pull exchanged email communications with Laranda Walker, counsel for Defendants. Mr. Pull informed Ms. Walker that Plaintiff My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Ms. Walker stated that Defendants will not oppose such a motion.

3. Accordingly, Joseph Pull, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Abraham S. Kaplan to appear *pro hac vice* in this matter.

                                          Respectfully submitted,

DATED: October 21, 2021              **LEWIN & LEWIN, LLP**

                                          By  */s/ Nathan Lewin*
                                              Nathan Lewin (D.C. Bar No. 38299)
                                              888 17th Street NW
                                              Fourth Floor
                                              Washington, DC 20006
                                              Telephone: (202) 828-1000
                                              nat@lewinlewin.com

                                       *Counsel for Defendant My Pillow, Inc.*

                                        **PARKER DANIELS KIBORT LLC**

                                        By *s/ Joseph A. Pull*
                                            Andrew D. Parker (MN Bar No. 195042)*
                                            Jesse H. Kibort (MN Bar No.328595)*
                                            Joseph A. Pull (D.C. Bar No. 982468)
                                            888 Colwell Building
                                            123 N. Third Street
                                            Minneapolis, MN 55401
                                            Telephone: (612) 355-4100
                                            Facsimile: (612) 355-4101
                                            parker@parkerdk.com
                                            kibort@parkerdk.com
                                            pull@parkerdk.com

                                      * *Pro Hac Vice* Pending

                                      *Counsel for Defendant My Pillow, Inc.*