# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**ABRAHAM SIMON KAPLAN**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 28, 2017

Given under my hand and seal of this court on

October 06, 2021



Emily J. Eschweiler, Director
Office of Lawyer Registration