IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MY PILLOW, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-02294-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| US DOMINION, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF ABRAHAM S. KAPLAN**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearance of Abraham S. Kaplan *pro hac vice* in this matter.

IT IS SO ORDERED.

Dated: _____     _____
                                          Honorable Carl J. Nichols
                                          District Court Judge