IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MY PILLOW, INC. <br><br> Plaintiff, <br><br> v. <br><br> US DOMINION, INC., et al., <br><br> Defendants. | Case No. 1:21-cv-02294-CJN <br> Judge Carl J. Nichols |

## NOTICE OF ENTRY OF APPEARANCE

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

Abraham S. Kaplan of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Plaintiff My Pillow, Inc. ("MyPillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).


DATED:  November 4, 2021               **PARKER DANIELS KIBORT LLC**

By */s/ Abraham S. Kaplan*
Andrew D. Parker (MN Bar No. 195042)
Jesse H. Kibort (MN Bar No. 328595)
Joseph A. Pull (D.C. Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com

*Counsel for Plaintiff My Pillow, Inc.*