## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>  *Plaintiffs*,<br><br> v.<br><br>MY PILLOW INC., et al.,<br><br>  *Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |
| U.S. DOMINION, INC., et al.,<br><br>  *Plaintiffs*,<br><br> v.<br><br>GIULIANI,<br><br>  *Defendant*. | Civil Action No. 1:21-cv-213 (CJN) |
| U.S. DOMINION, INC., et al.,<br><br>  *Plaintiffs*,<br><br> v.<br><br>POWELL, et al.,<br><br>  *Defendants*. | Civil Action No. 1:21-cv-40 (CJN) |

| | |
|---|---|
| MY PILLOW,<br><br>   *Plaintiff*,<br><br> v.<br><br>U.S. DOMINION, INC., et al.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-2294 (CJN) |
| LINDELL,<br><br>   *Plaintiff*,<br><br> v.<br><br>U.S. DOMINION, INC., et al.,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-2296 (CJN) |

## **ORDER**

In light of the Status Conference held on October 25, 2021 and the Joint Status Report, ECF No. 83, filed in *US Dominion, Inc., et al. v. My Pillow, Inc., et al.*, 21-cv-445, as well the Motion for Clarification of Stay Order, or in the Alternative, Motion for Extension of Time, ECF No. 83, filed in *Lindell v. US Dominion, Inc., et al*, 21-2296, it is hereby **ORDERED**:

 1. The Defendants in *US Dominion, Inc., et al. v. My Pillow, Inc., et al.*, 21-cv-445, shall file an answer to the Plaintiffs' Complaint on or before December 2, 2021;

2. The Plaintiffs in both *Lindell v. US Dominion, Inc., et al.*, 21-cv-2296, and *My Pillow, Inc. v. US Dominion, Inc., et al.*, 21-cv-2294, shall coordinate and refile their affirmative claims as counterclaims in *US Dominion, Inc., et al. v. My Pillow, Inc., et al.*, 21-cv-445, on or before December 2, 2021.¹ Plaintiffs shall respond to those counterclaims within 21 days of their filing; and

3. The Plaintiffs and Defendants in all five of the above-captioned cases shall participate in discussions about a consolidated discovery schedule.

For the avoidance of any doubt, unless and until the above-captioned cases are consolidated, any order applies *only* to the case or cases in which that order is entered. Thus, for example, if the Court enters a stay in one case, that does not mean that proceedings are stayed in a different case. *Cf.* Plaintiff's Motion for Clarification of Stay Order, or in the Alternative, Motion for Extension of Time, filed in *Lindell v. US Dominion, Inc., et al*, 21-cv-2296. Because this Order bears the caption of all five of the above-captioned cases, it applies in all five.

IT IS SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge

DATE: November 15, 2021

---

¹ The Court intends to dismiss *Lindell v. US Dominion, Inc., et al.*, 21-cv-2296, and *My Pillow, Inc. v. US Dominion, Inc., et al.*, 21-cv-2294, once the affirmative claims have been so filed.