IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MY PILLOW, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-02294-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| US DOMINION, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

To DEFENDANTS US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff My Pillow, Inc., by and through undersigned counsel, hereby gives notice that the above-entitled action is voluntarily dismissed, without prejudice, as to all Defendants. Plaintiff's claims as alleged in the above-entitled action have been re-filed as counterclaims in Case No. 1:21-cv-00445-CJN pursuant to the Court's November 15, 2021 Order (ECF Doc. No. 84).

| | |
|---|---|
| DATED:  December 2, 2021 | **PARKER DANIELS KIBORT LLC** |

By */s/ Andrew D. Parker*
    Andrew D. Parker (MN Bar No. 195042)\*
    Jesse H. Kibort (MN Bar No. 328595)\*
    Joseph A. Pull (D.C. Bar No. 982468)
    Abraham S. Kaplan (MN Bar No. 399507)\*
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com
    kibort@parkerdk.com
    pull@parkerdk.com
    kaplan@parkerdk.com

    \* admitted *pro hac vice*

*Counsel for Plaintiff My Pillow, Inc.*